

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Zachary Clay Norwood, Appellant

No. 06-23-00169-CR          v.

The State of Texas, Appellee

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 33663CR). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we vacate the trial court's judgment and dismiss the case.

We further order that the appellee, the State of Texas, pay all costs of this appeal.

RENDERED SEPTEMBER 12, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk